DANIEL NORTON, Respondent, *v.* ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.

*Norton v. St. Paul F. & M. Ins. Co.,* 163 App. Div. 927, appeal dismissed.
(Argued November 20, 1916; decided November 28, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action on a policy of fire insurance.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous; that the exceptions were frivolous; that no questions of law were involved and that the appeal was taken solely for delay.

*Thomas F. Powers* for motion.

*Eugene D. Flanigan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.